■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE CAMPBELL, Appellant. [967 NYS2d 862]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Daniel FitzGerald, J.), rendered on or about June 4, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Sweeny, Richter and Clark, JJ.

■ GREGORY A. CLARK, Individually and as Natural Guardian of SOPHIA CLARK, an Infant, et al., Respondents, v ARCHDIOCESE OF NEW YORK et al., Appellants. [967 NYS2d 862]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Lucy Billings, J.), entered on or about September 20, 2012, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 20, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Gonzalez, P.J., Andrias, Richter and Clark, JJ.